J. JONES, Chief Justice,
concurring.
I fully concur in the Court’s opinion but write to observe that this case presents the opportunity for the district court to address some issues that deserve exploration:
1. Where medical communities such as Idaho Falls and Twin Falls appear on the surface to be quite comparable, how much of a showing is necessary in order to establish the similarity of the communities?
2. Do the manufacturer’s guidelines for the use and installation of a medical device that is sold nationally establish a national standard of care for the use and installation of the device?
3. Where, as here, the plaintiffs expert and the defendant physician both learned the procedure for installation of a medical device from the same doctor, does the procedure, as taught, establish the standard of care?
It is obviously up to the parties to devise their respective strategies on remand, but they do have an opportunity to develop some instructive case law.